UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cr-00009-TWP-VTW |
| | ) | |
| PEDRO VELASQUEZ | ) | |
| a/k/a OBDULIO PECH-MASADIEGOZ | ) | |
| a/k/a OBDULIO PECH-MAZARIEGOS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR NOVEMBER 29, 2023**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

The Government appeared by Todd Shellenbarger, Assistant United States Attorney. The Defendant appeared in person, in custody, and by CJA counsel Larry Simon. David Moxley was the Court Reporter. Roberto Hernandez served as Spanish interpreter. Parties appeared for change of plea hearing at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's plea of guilty without the benefit of a plea agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Count 1 Unlawful Re-Entry of an Alien Previously Removed or Deported from the United States as charged in the Indictment.

This matter is set for sentencing on for <u>March 19, 2024 at 10:30 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Any sentencing memoranda and/or support documents must be filed by <u>March 12, 2024</u>. Requests to extend the deadline to file objections to the presentence report are discouraged.

Parties may contact the courtroom deputy clerk to request an earlier date upon completion of the presentence investigation report.

If a forfeiture allegation is alleged and Defendant objects, the Court may bifurcate the change of plea and sentencing hearings, proceeding with the change of plea in advance of the sentencing hearing. See Fed. R. Cr. P. 32.2(b)(1)(B) ("If the forfeiture is contested, on either party's request the court must conduct a hearing after the . . . finding of guilty.") Objections to any forfeiture allegation must be filed no later than <u>February 20, 2024</u>.

The final pretrial set January 10, 2024 and the jury trial set January 29, 2024 are VACATED.

The U.S. Probation Office is directed to prepare a presentence investigation report.

IT IS SO ORDERED.

Date:   11/29/2023

*[signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Todd Stanton Shellenbarger
UNITED STATES ATTORNEY'S OFFICE (Evansville)
Todd.Shellenbarger@usdoj.gov

Larry D. Simon
Larry D. Simon
larrysimonlawoffice@gmail.com

Electronic notice to USPO